UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SINOE SANCHEZ MUNOZ,

    Plaintiff,

v.

Case No. 1:15-cv-424

HON. JANET T. NEFF

JOSE RODRIGUEZ,

    Defendant.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

This is a civil action. Plaintiff filed a Motion for Default Judgment (Dkt 8). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 17, 2015, recommending that Plaintiff's motion be granted in part and denied in part. The Report and Recommendation was duly served on Plaintiff and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Dkt 8) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.

Dated: December 7, 2015            /s/Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge